FILED

DEC  1 2021

CLERK  U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **S U P E R S E D I N G** |
| | ) | **I N D I C T M E N T** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:20CR634 |
| | ) | Title 18, United States Code, |
| ANDY ROSS THOMAS, | ) | Sections 922(a)(6), 922(g)(8), |
| | ) | and 924(a)(2) |
| Defendant. | ) | |

COUNT 1
(False Statement During Purchase of a Firearm, 18 U.S.C. §§ 922(a)(6) and 924(a)(2))

The Grand Jury charges:

1.     On or about April 30, 2020, in the Northern District of Ohio, Western Division, Defendant ANDY ROSS THOMAS, in connection with the attempted acquisition of a firearm, to wit: a Glock, G45, 9 millimeter pistol, bearing serial number BMFG27, from Towers Armory, 1469 Towers Road Oregon, Ohio, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement, which was intended to deceive the firearms dealer, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that Defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that that he was not the subject of any court order restraining him from harassing threatening or stalking an intimate partner, knowing he was subject to a protection order issued in case number DV2019-0337, in the Lucas County, Ohio,



ORIGINAL

Court of Common Pleas, on or about June 14, 2019; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 2
(Possession of a Firearm While Subject to a Court Order, 18 U.S.C. §§ 922(g)(8) and 924(a)(2))

The Grand Jury charges:

2.       On or about April 30, 2020, in the Northern District of Ohio, Western Division, Defendant ANDY ROSS THOMAS, knowing he was subject to a protection order issued in case number DV2019-0337, in the Lucas County, Ohio, Court of Common Pleas, on or about June 14, 2019, said protection order being issued after a hearing, during which THOMAS received actual notice and had an opportunity to participate, and restrained THOMAS from harassing, stalking, or threatening an intimate partner, did knowingly possess a firearm, to wit: a Glock, G45, 9-millimeter pistol, bearing serial number BMFG27, said firearm having  been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(8) and 924(a)(2).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.